# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

**United States Court of Appeals**
**Fifth Circuit**

**F I L E D**

**September 19, 2007**

Charles R. Fulbruge III
Clerk

No. 06-51420
Summary Calendar

UNITED STATES OF AMERICA

Plaintiff-Appellee

v.

JAMES MICHAEL ROBINSON

Defendant-Appellant

Appeal from the United States District Court
for the Western District of Texas
USDC No. 1:03-CR-163-1

Before REAVLEY, SMITH and BARKSDALE, Circuit Judges.

PER CURIAM:[*]

James Michael Robinson appeals from the sentence imposed following revocation of his term of supervised release, arguing that his 24-month sentence was unreasonable. The district court twice modified Robinson's terms of release, but Robinson continued to violate the terms of his supervision. The record reflects that the district court properly considered the 18 U.S.C. § 3553(a) factors when imposing Robinson's sentence. See United States v. Gonzalez, 250 F.3d 923, 930 (5th Cir. 2001). Robinson's sentence, which was the statutory

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

maximum, was neither unreasonable nor plainly unreasonable. See United States v. Hinson, 429 F.3d 114, 120 (5th Cir. 2005). Accordingly, the judgment of the district court is AFFIRMED.